

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN 1 5 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

OLIVER MCNAIR

**SEALED**

CRIMINAL NO. 2:20CR 1-KS-MTP

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

### COUNT 1

On or about August 31, 2019, in Forrest County in the Eastern Division of the Southern District of Mississippi, the defendant, **OLIVER MCNAIR**, knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

On or about August 31, 2019, in Forrest County in the Eastern Division of the Southern District of Mississippi, the defendant, **OLIVER MCNAIR**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of the offense specified above, the defendant, **OLIVER MCNAIR**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offenses, including, but not limited to:

(1) **Springfield pistol, model XDS, .45 caliber, serial number S4126251; and**
(2) **Any ammunition seized.**

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

s/ signature redacted

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 15th day of January, 2020.

UNITED STATES MAGISTRATE JUDGE

2